**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 23-35 (6) (RC) |
| | : | |
| BENJAMIN SILVA, | : | |
| | : | |
| Defendant. | : | |

**SENTENCING SCHEDULING ORDER**

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. sentencing in this matter is set for **September 17, 2024 at 10:00am** in **Courtroom 23A**;

2. the probation officer assigned to this case shall disclose the draft pre-sentence investigation report to the parties no later than **August 5, 2024**;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation report to the probation officer no later than **August 19, 2024**;

4. the probation officer shall disclose to the parties and file with the Court the final pre-sentence investigation report no later than **August 27, 2024;** and

5. any party wishing to submit a memorandum in aid of sentencing must do so no later than **September 3, 2024**, with all responses (if any) due by **September 9, 2024**, and all such memoranda and responses thereto must cite to supporting legal authority.

   **SO ORDERED**.

Dated: April 5, 2024                                                                       RUDOLPH CONTRERAS
                                                                                                        United States District Judge