Burke Wonnell
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: burke_wonnell@fd.org

Counsel for Defendant Benjamin John Silva

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BENJAMIN JOHN SILVA,<br><br>　　　　Defendant. | Case No. 23-CR-35<br><br>**EXPEDITED MOTION FOR IMMEDIATE RELEASE FROM CUSTODY** |

COMES NOW Defendant Benjamin John Silva, by and through undersigned counsel, and hereby moves this Court on an expedited basis to order Defendant's immediate release from BOP custody. On September 17, 2024, the Court sentenced Silva to four months to serve. On January 20, 2025, Silva was pardoned of this offense by the President. As of this filing, it appears that BOP has scheduled his release date for January 30, 2025. Silva's offense of conviction having been pardoned, the Court should order his immediate release.

/

/

/

/

DATED at Anchorage, Alaska this 20th day of January, 2025.

    Respectfully submitted,

    FEDERAL PUBLIC DEFENDER
    DISTRICT OF ALASKA

    */s/ Burke Wonnell*
    Burke Wonnell
    Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA by using the district's CM/ECF system on January 20, 2025. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Burke Wonnell*