UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>BENJAMIN JOHN SILVA,<br><br>            Defendant. | Case No. CR 23-35 (06) (RC) |

**ORDER VACATING JUDGMENT AT DOCKET 254**

Defendant Silva's conviction having been pardoned, the Judgment at Docket 254 is hereby vacated with prejudice.

_____     _____
DATE                  HON. RUDOLF CONTRERAS